**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Sandra Karlson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Patrick Michael Allex, and Gordy's | ) | |
| Mobile Home Transport, | ) | |
| | ) | Case No. 1:11-cv-003 |
| Defendants. | ) | |

On May 4, 2012, the parties filed a Stipulation for Dismissal.  The court **ADOPTS** the parties' stipulation (Docket No. 10) and **ORDERS** that the above-entitled action be dismissed with prejudice, on the merits, and without costs to either party.

Dated this 7th day of May, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge